Commonwealth *v.* Gee, Appellant.

Submitted April 21, 1969.   Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Earl W. Tabor,* Public Defender, for appellant.

*Robert M. Kemp,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 28, 1969:
Order affirmed.